Second Circuit denied. *Messrs. Reynolds Robertson* and *Leonard J. Ganse* for petitioners. *Mr. Daniel F. Mathews* for respondents.

No. 884. GIRSON ET AL. *v.* UNITED STATES. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John E. Patterson* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. Wm. W. Barron* and *W. J. Connor* for the United States.

No. 893. GENERAL UTILITIES INVESTORS CORP. ET AL. *v.* PUBLIC SERVICE CORP. ET AL. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George M. LePine* for petitioners. *Messrs. Lawrence Bennett, Edmund W. Wakelee,* and *George W. Dalzell* for respondents.

No. 897. McDONALD *v.* UNITED STATES. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Edward M. Keating, Everett Jennings,* and *William L. Vandeventer* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. William W. Barron* for the United States.

No. 899. NITKEY ET AL. *v.* S. T. McKNIGHT CO. ET AL. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edward M. Keating* for petitioners. *Messrs. Einor Hoidale, Frank J. Williams,* and *Frank J. Morley* for respondents.